Brian R. Booker  (SBN:  015637)
**GORDON REES SCULLY MANSUKHANI, LLP**
2 North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone:  (602) 794-2491
Facsimile:  (602) 265-4716
bbooker@grsm.com

Jeffrey A. Swedo  (To be admitted *pro hac vice*)
**GORDON REES SCULLY MANSUKHANI, LLP**
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone:  (949) 255-6950
Facsimile:  (949) 474-2060
jswedo@grsm.com

*Attorneys for Defendant*
*Yokohama Tire Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merlynn Puhuyaoma as Guardian and Conservator of L.H. and S.H., and on behalf of the statutory beneficiaries of Barry Alan Humphrey, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Yokohama Tire Corporation, a California corporation; Accushine, Inc., an Arizona corporation, dba Accushine auto Sales; John and Jane Does I-X; and ABC Companies I-X,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Yokohama Tire Corporation ("Yokohama") hereby removes this action from the State of Arizona, Navajo County Superior Court to this Court. This Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1). The grounds for removal are as follows:

1. Plaintiff Merlynn Puhuyaoma, with the filing of the Complaint,

commenced this action in the Navajo Superior Court on June 26, 2018, in Case Number CV2018-00316 (the "Superior Court Action").

2. Plaintiffs are residents of Navajo County, Arizona.

3. Defendant Yokohama is a California corporation.

4. Defendant Accushine Auto Sales ("Accushine") is an Arizona corporation.

5. The Complaint asserts two causes of action against Yokohama and Accushine: strict products liability and negligence.

6. The Superior Court dismissed Accushine with prejudice by order filed June 17, 2019. Yokohama also waives its right to name Accushine as a non-party at fault.

7. Yokohama received a copy of the Complaint on July 2, 2018. The Complaint, Certificate of Arbitration, Demand for Jury Trial, Accushine's Answer to Plaintiff's Complaint, orders, minute entries, and notices, are attached as **Exhibit A**.

8. Removal is timely under 28 U.S.C. § 1446(b) because this Notice is filed within 30 days after receipt by Yokohama of the order dismissing Accushine with prejudice, filed June 17, 2019, from which it is ascertained that the case is one which has become removable, and within one year of the commencement of the action.

9. Under 28 U.S.C. § 1441, this Court is the appropriate forum in which to file this Notice of Removal because the United States District Court for the District of Arizona is the federal judicial district embracing Navajo County, Arizona, the county in which the Superior Court Action was filed.

10. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different States and the amount in controversy exceeds $75,000. This action may therefore be removed to this Court by Yokohama under the provisions of 28 U.S.C. § 1441(b).

11. Pursuant to 28 U.S.C. § 1446 and LRCiv 3.6(a), counsel for Yokohama has caused a copy of this Notice of Removal to be filed in the Superior Court Action. A copy of the state court notice (without exhibits) is attached as **Exhibit B**.

12. Undersigned counsel verifies that true and correct copies of all pleadings

and other documents filed in the Superior Court Action in Yokohama's possession are attached hereto as **Exhibits A and B**.

13. By filing this Notice of Removal, Yokohama does not waive any objections it may have to service, jurisdiction, or venue, nor does it waive any other defenses that it may have to this action. Yokohama makes no admission of fact, law, or liability, and expressly reserves its right to assert all available defenses and to bring any applicable motions.

WHEREFORE, Defendant Yokohama Tire Corporation respectfully requests that this Notice of Removal be filed, the Superior Court Action be removed to and proceed hereafter in this Court, and no further proceedings be had in the Superior Court of Navajo County, Arizona.

Dated this 20th day of June, 2019.

                                          GORDON REES SCULLY MANSUKHANI, LLP

                                          By:  <u>Brian R. Booker</u>
                                                 Brian R. Booker
                                                 Jeffrey A. Swedo (*To be admitted Pro Hac Vice*)
                                                 *Attorneys for Defendant Yokohama Tire Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

I further certify that on June 20, 2019, I served the foregoing document by mailing same to the following:

Robert W. Boatman
Shannon L. Clark
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Plaintiffs*

Kimberley M. Davison