# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merlynn Puhuyaoma, | No. CV-19-08185-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Yokohama Tire Corporation, et al., | |
| Defendants. | |

The Court has reviewed the parties' Joint Stipulation to Dismiss with Prejudice. (Doc. 29.) For good cause,

**IT IS ORDERED** dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 8th day of September, 2020.

Douglas L. Rayes
United States District Judge